BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ana.tagvoryan@blankrome.com
Harrison Brown (SBN 291503)
harrison.brown@blankrome.com
Nicole N. Wentworth (SBN 334007)
nicole.wentworth@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendant
TARGET CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LAURA MAYBAUM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00687-MCS-JEM<br><br>*Assigned to the Hon. Mark C. Scarsi and the Hon. John E. McDermott*<br><br>**DECLARATION OF DEBORAH STOOPS IN SUPPORT OF MOTION TO COMPEL ARBITRATION**<br><br>Hearing:<br>Date:      April 4, 2022<br>Time:     9:00 A.M.<br>Place:    First Street Courthouse<br>             350 W. 1st Street<br>             Courtroom 7C, 7th Floor<br>             Los Angeles, CA 90012<br>Judge:   Hon. Mark C. Scarsi<br><br>Compl. Filed:   December 20, 2021<br>Trial Date:       Not set |

128349476

**DECLARATION OF DEBORAH STOOPS IN SUPPORT OF MOTION TO COMPEL ARBITRATION**

I, Deborah Stoops, declare as follows:

1. I am an Executive Escalations Business Partner at Defendant Target Corporation ("Target"). I make this declaration based on my personal knowledge and my review of the facts and documents described herein. If called as a witness, I could and would testify competently thereto.

2. I have held my current position at Target since September 19, 2021. As an Executive Escalations Business Partner, my responsibilities include resolving guest contacts submitted to our Executive office, Better Business Bureau and Government agencies.

3. When a guest makes an account on Target's website, a profile is created in Target's system called Axiom. Authorized employees are able to query Target's database—such as Axiom and view transaction history associated with that guest's profile.

4. I understand that, on November 14, 2020, Plaintiff Laura Maybaum ("Plaintiff") made a purchase of $40 or more at a Target store, and received a $10 gift card as part of a promotional offer. The gift card number identified on what I understand to be Plaintiff's purchase receipt is 0412202409398963.

5. I searched the gift card number in Target's e-commerce database and matched a purchase transaction made online with that gift card on November 17, 2020. Through this process, I was able to match the online transaction with a Target account belonging to someone who identifies herself as Laurie Maybaum and who lives in Los Angeles County. I understand this to be the same person as Plaintiff.

6. According to my review of Target's records, Plaintiff created an account on Target's website on July 17, 2018.

7. According to my review of Target's records, Plaintiff has made more than 100 transactions on Target's website.

8. According to my review of Target's records, Plaintiff redeemed the $10 gift card that she received in the November 14, 2020 transaction to purchase goods on Target's website for store pickup on November 17, 2020.

9. According to my review of Target's records, Plaintiff did not return any of the products from her November 17, 2020 purchase on Target's website.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this __2__ day of March, 2022, at Minneapolis, Minnesota.

By: _____
Deborah Stoops